# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3055

_____

| | | |
|---|---|---|
| Douglas Roaden, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Jon Dermott, Dean Dankelson, Norm | * | |
| Rouse, George Thomas, Nick Marshall, | * | |
| Blake Wolf, W. J. Pierce, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: October 4, 2002
Filed: November 8, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
Judges.

_____

PER CURIAM.

Douglas Roaden appeals the district court's[1] order dismissing his pro se complaint as frivolous under 28 U.S.C. § 1915(e)(2). After careful review of the complaint, we conclude that the district court did not err in dismissing it as frivolous.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.